# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145577-84

PATRICK A. RUGIERO,
          Plaintiff-Appellant,

v

                                       SC:  145577-84
                                       COA: 301829, 302192, 302228,
                                             302936,  302963,  303259,
                                             303707, 307630
                                       Wayne CC Family Division:
                                       07-730628-DC

ANTONIETTA M. DINARDO,
          Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the June 19, 2012 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE that part of the judgment of the Court of Appeals related to the imposition of attorney fees, and we REMAND this case to the Wayne Circuit Court for an evidentiary hearing regarding whether the fees granted in the court's earlier interim awards pursuant to MCR 3.206(C) should be imposed as a final matter or otherwise modified as the evidence and circumstances may warrant. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

      We do not retain jurisdiction.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2013

_____
Clerk

s0327